WILLIAM H. HOLLISTER, Respondent, *v.* THE CENTRAL NATIONAL BANK OF TROY, Appellant.

(Argued January 16, 1890; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made March 16, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Orin Gamble* for appellant.

*N. Davenport* for respondent.

Agree to affirm.

The following *mem.* being handed down:

"This case was argued in connection with the case of *Ouderkirk* v. *Central National Bank of Troy* * and is substantially similar to that case in its facts. Some differences exist in minor details, but none in the material facts controlling the decision, and the judgment should, therefore, be affirmed upon the authority of that case."

All concur, GRAY, J., in result.

Judgment affirmed.

*Ante, p. 263.